**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JEFFORY CHAD TURNER**                              **PETITIONER**

**V.**                                             **CAUSE NO. 3:21-CV-00235-MPM-JMV**

**STATE OF MISSISSIPPI**                               **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered today, Respondent's motion [5] to dismiss is **GRANTED**, and the instant petition for a writ of habeas corpus is hereby **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this the 12th day of January, 2022.

                                                       /s/ Michael P. Mills
                                                       **UNITED STATES DISTRICT JUDGE**
                                                       **NORTHERN DISTRICT OF MISSISSIPPI**